IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:

**MICHAEL QUINTANA**,

    Plaintiff,

v.

**WAL-MART STORES, INCORPORATED**,

    Defendant.

## DEFENDANT'S NOTICE OF REMOVAL

TO:     PLAINTIFF AND HER ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Defendant Wal-Mart Stores, Incorporated, by and through its counsel, Debra K. Sutton of Sutton | Booker | P.C., and pursuant to 28 U.S.C. §§ 1332, 1441, 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1, hereby submits this Notice of Removal as follows:

## INTRODUCTION AND BASIS FOR REMOVAL

1.     Wal-Mart Stores, Incorporated ("Wal-Mart") is the Defendant in the above titled action, originally filed in the District Court, Boulder County, Colorado, Case No. 2019CV030678. On or about July 12, 2019, Plaintiff, Michael Quintana ("Mr. Quintana") filed his Complaint and Jury Demand in Boulder County District Court, Colorado. The Complaint seeks recovery of damages as to Wal-Mart based on allegations of breaching their duty of care to correct dangerous conditions created by ice on the premises. *See generally* Plaintiff's Complaint and Jury Demand, **Exhibit A**.

2.      Any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant, to the district court of the United States for the district and division embracing the place where such action is pending.  28 U.S.C. § 1441(a).  The district courts of the United States have original jurisdiction of all actions between the citizens of different states, when the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)(1).

3.      The present action is between citizens of different states.  Mr. Quintana is a citizen of the State of Colorado. *See* **Exhibit A** at ¶ 1.  Defendant Wal-Mart is a citizen of the state of Arkansas.  *See* Documents on File with Colorado Secretary of State, **Exhibit B;** *see also* **Exhibit A** at ¶ 3.

4.      Plaintiff's Complaint alleges he "suffered physical and mental injuries, economic damages, noneconomic damages, and physical impairment."  *See* **Exhibit A** at ¶ 7.  Further, Plaintiff's Complaint also alleges that he "suffered physical injuries; permanent disfigurement and impairment; physical and emotional pain and suffering; loss of enjoyment of life, medical and doctors' bills; wage loss and loss of earning capacity" See **Exhibit A** at ¶ 22.  Additionally, in District Court Civil (CV) Case Cover Sheet, **Exhibit C**, Plaintiff states' he seeks' more than $100,000 in damages.  *See* **Exhibit C** at 3.

5.      Therefore, as the diversity of citizenship and amount in controversy requirements have been met, this Court has original jurisdiction of this matter. Accordingly, Plaintiff's action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a).

6.      This Notice of Removal is timely under 28 U.S.C. §1446(b).  Wal-Mart has thirty (30) days from the date it was served with Plaintiff's Complaint to file its Notice of Removal.

Wal-Mart was served with Plaintiff's Complaint and Jury Demand in this matter on August 7, 2019. *See* **Exhibit F**. Thus, Wal-Mart's Notice of Removal is due September 6, 2019.

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

7. Pursuant to 28 U.S.C. § 1446(a), Fed. R. Civ. P. 81(c) and D.C.Colo.LCivR 81.1, a copy of all process, pleadings, and orders that were served by the parties are attached. Undersigned counsel will promptly file a Notice of Intent to Remove with the District Court for the County of Boulder. *See* **Exhibit G**. The process, pleadings, and orders are captioned as follows:

**Exhibit C** District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third Party Complaint;

**Exhibit E** Summons to Wal-Mart;

**Exhibit A** Complaint and Jury Demand;

**Exhibit F** Service of Process Transmittal regarding Wal-Mart.

No trial, hearings, or other proceedings are currently scheduled in the District Court for the County of Boulder. Wal-Mart has complied with the requirements of 28 U.S.C. § 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1.

9. Pursuant to 28 U.S.C. § 1446(b), a copy of this Notice of Removal will be promptly filed with the Clerk of Court for the County of Boulder in Civil Action No. 2019CV030678. Also, pursuant to U.S.C. § 1446(d), undersigned counsel will promptly provide this Notice of Removal to Plaintiff's counsel. The register of actions is attached as **Exhibit D**.

WHEREFORE, pursuant to this Notice of Removal and 28 U.S.C. § 1441, Defendant, Wal-Mart Stores, Incorporated respectfully requests that this case be removed from the District

Court for the County of Boulder, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action, and that the Defendant be afforded such further relief as this Court deems just and appropriate.

Respectfully submitted this 28th day of August, 2019.

>
> */s/   Debra K. Sutton*
> Debra K. Sutton
> Sutton | Booker | P.C.
> 4949 S. Syracuse, Suite 500
> Denver, Colorado 80237
> Telephone:  303-730-6204
> Facsimile:   303-730-6208
> E-Mail:  dsutton@suttonbooker.com
> ***Attorneys for Defendant,***
> ***Wal-mart Stores, Incorporated***

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2019, I electronically filed a true and correct copy of the above and foregoing Defendant's Notice of Removal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Saira P. Malik
Benjamin E. Kleckner
Malik Law
4450 Arapahoe Ave., Unit 4102
Boulder CO  80303

>
> */s/   Debra K. Sutton*
> *A duly signed original is on file at*
> *Sutton | Booker | P.C.*